1

2

3

4

5

6

7

8               UNITED STATES  DISTRICT COURT

9                 Northern District of California

10                  San Francisco Division

11   ERIC HALL,                                No. C15-01558 LB

12              Plaintiff,            ***SUA SPONTE* JUDICIAL REFERRAL**
                                      **FOR PURPOSES OF DETERMINING**
13       v.                          **RELATIONSHIP OF CASES**

14   LUMBER LIQUIDATORS, INC., et al.,

15

16           Defendants.

17   _____/

18      On April 6, 2015, Plaintiff Eric Hall filed the instant action against Defendants Lumber

19   Liquidators, Inc., et al..  Complaint, ECF No. 1.[1]  After reviewing the complaint, it appears that the

20   action concerns substantially the same parties and events involved in several actions assigned to

21   Judge Tigar.  *See*, *e.g.*, *Balero v. Lumber Liquidators, Inc.*, No. C15-01005 JST.  Accordingly,

22   pursuant to Civil Local Rule 3-12(c), the undersigned respectfully refers the above-captioned action

23   to Judge Tigar for the purposes of determining relationship to *Balero v. Lumber Liquidators, Inc.*,

24   No. C15-01005 JST.

25

26

27   _____

28      [1]  Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-
     generated page numbers at the top of the document.

C15-01558 LB
REFERRAL FOR RELATIONSHIP DETERMINATION

*(left margin, vertical)* **UNITED STATES DISTRICT COURT** **For the Northern District of California**

1       **IT IS SO ORDERED.**

2    Dated: April 8, 2015

3                                                  _____
                                                   LAUREL BEELER
4                                                  United States Magistrate Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
For the Northern District of California

C15-01558 LB
REFERRAL FOR RELATIONSHIP DETERMINATION

2